IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00324-MSK-KLM

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SUPPLY NETWORK, INC., DBA VIKING SUPPLYNET,

       Plaintiff,

v.

M.A. MORTENSON COMPANY;
FEDERAL INSURANCE COMPANY; and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

       Defendants.

## ORDER DISMISSING CLAIMS AGAINST DEFENDANT

THIS MATTER comes before the Court on the Motion to Dismiss Defendant Robert Coonts (Motion) **(#30)** filed August 16, 2013.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted by Plaintiff against Defendant Robert Coonts are hereby dismissed with prejudice.  All future captions shall so reflect.

DATED this 20th day of August, 2013.

       BY THE COURT:

       *Marcia S. Krieger*

       Marcia S. Krieger
       Chief United States District Judge