IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00324-MSK-KLM

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SUPPLY NETWORK, INC., DBA VIKING SUPPLYNET,

      Plaintiff,

v.

M.A. MORTENSON COMPANY;
FEDERAL INSURANCE COMPANY; and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

      Defendants.

---

## ORDER DISMISSING CLAIMS AGAINST DEFENDANT

---

THIS MATTER comes before the Court on the Motion to Dismiss Defendant Robert Coonts (Motion) **(#30)** filed August 16, 2013.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted by Plaintiff against Defendant Robert Coonts are hereby dismissed with prejudice.  All future captions shall so reflect.

DATED this 20th day of August, 2013.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              Chief United States District Judge