IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00324-MSK-KLM

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SUPPLY NETWORK, INC., DBA VIKING SUPPLYNET,

    Plaintiff,

v.

M.A. MORTENSON COMPANY;
FEDERAL INSURANCE COMPANY; and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss (Motion) **(#32)** filed September 24, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims asserted by Plaintiff against Defendants are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs. To the extent the Motion requests that counsel be permitted to withdraw, the Motion is **DENIED** with leave to re-file in compliance with D.C.COLO.LCivR 83.3.

DATED this 25th day of September, 2013.

                              **BY THE COURT:**

                              _____

                              Marcia S. Krieger
                              Chief United States District Judge